# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LAURA A. CLAYTON
925 WINTHROP LANE
ROCKFORD, IL  61107

Case Number: 07-70012

SSN-xxx-xx-9822

Case filed on:            1/3/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $12,148.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 002 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Continue | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,500.00 | 2,500.00 | 274.00 | 0.00 |
| | Total Legal | 2,500.00 | 2,500.00 | 274.00 | 0.00 |
| | | | | | |
| 009 | CPS SECURITY | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEPENDON COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| 999 | LAURA A. CLAYTON | 9,520.23 | 9,520.23 | 9,520.23 | 0.00 |
| | Total Debtor Refund | 9,520.23 | 9,520.23 | 9,520.23 | 0.00 |
| | | | | | |
| 001 | CITIZENS FINANCE | 6,122.01 | 6,122.01 | 1,847.38 | 344.87 |
| 003 | COUNTRYWIDE HOME LOANS INC | 10,318.46 | 10,318.46 | 0.00 | 0.00 |
| | Total Secured | 16,440.47 | 16,440.47 | 1,847.38 | 344.87 |
| | | | | | |
| 004 | BROADWAY FLORIST | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAMELOT RADIOLOGY ASSOCIATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CREDITORS PROTECTION SERVICE, INC | 2,637.48 | 527.50 | 0.00 | 0.00 |
| 007 | HELVEY & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | HSN | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | MUTUAL MANAGEMENT SERVICES | 847.74 | 169.55 | 0.00 | 0.00 |
| 011 | NORTHWEST PRIMARY CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSF MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | OSF SAINT ANTHONY MEDICAL CTR | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | OSI COLLECTION SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | QVC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ROCK VALLEY ANESTHESIOLOGISTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ROCKFORD CARDIOLOGY ASSOC. LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCKFORD EAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 43,291.29 | 8,658.26 | 0.00 | 0.00 |
| 025 | US DEPARTMENT OF EDUCATION | 55,959.94 | 11,191.99 | 0.00 | 0.00 |
| 026 | ACCOUNT RECOVERY SERVICES | 1,882.00 | 376.40 | 0.00 | 0.00 |
| 027 | NATIONAL CAPITAL MANAGEMENT LLC | 118.05 | 23.61 | 0.00 | 0.00 |
| | Total Unsecured | 104,736.50 | 20,947.31 | 0.00 | 0.00 |
| | | | | | |
| | Grand Total: | 133,197.20 | 49,408.01 | 11,641.61 | 344.87 |

Total Paid Claimant:       $11,986.48
Trustee Allowance:         $161.52
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/28/2008                    By  /s/Heather M. Fagan